IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANTHONY DUANE TALLEY, JR.                                               PLAINTIFF

VS.                                                   CIVIL ACTION NO. 3:19-CV-767-HTW-LRA

BILLIE SOLLIE, et al                                                    DEFENDANT

### ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge Linda R. Anderson [Docket no. 28], which was entered on July 24, 2020. Plaintiff did not file any objection to the Magistrate Judge's Report and Recommendation.

Plaintiff failed to appear for an omnibus hearing scheduled by video on July 24, 2020. The order setting the hearing which had been mailed to Plaintiff was returned as undeliverable. Subsequently, the court received notice that Plaintiff was no longer incarcerated. Plaintiff has failed to provide the court with a correct address.

After examining the record evidence,, the Magistrate Judge recommended that this cause of action should be dismissed pursuant to Fed. R. Civ. P. 41(b), without prejudice.

This Court has reviewed the Report and Recommendation of the Magistrate Judge, as well as the court filings and the relevant law, and concludes that the findings in the Report and Recommendation **[doc. no. 28]** should be and are hereby **adopted** as this Court's own. Accordingly, this court dismisses this Complaint without prejudice. A separate Final Judgment will issue.

SO ORDERED AND ADJUDGED, this the _____19th_____ day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE

1